**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00692-CV

## IN THE INTEREST OF N. L. T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-10316-Z**

### No. 05-13-00693-CV

## IN THE INTEREST OF M.T., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF06-08087-U**

## ORDER

Appellant's November 27, 2013 Unopposed Motion to Reopen Submission and for Leave

to Add Documents is **GRANTED,** and the supplemental clerk's record submitted on December

10, 2013 is **ORDERED** filed as of that date.

/Linda Thomas/

LINDA THOMAS
CHIEF JUSTICE, RET.